# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOE TEX XPRESS, LLC**                                                              **PLAINTIFF**

**v.**                       **Case No. 4:23-cv-00961 KGB**

**DEEM STRUCTURAL SERVICES, LLC**                                 **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses the action without prejudice, with each party to bear its own costs, fees, and expenses.

It is so ordered this 22nd day of January, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States Chief District Judge